**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal case No. 20-cr-00028-RM

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**KENIA VALLEJO-GALLEGOS, et al,**

Defendants.

_____

**MOTION TO PRESERVE RECORDINGS AND NOTES**
_____

Comes now Kenia Vallejo-Gallo pursuant to Rule 47, Fed. R. Cr. P and respectfully moves the Court for an order granting this motion. In support of such motion, Ms.Vallejo-Gallegos states the following:

1. Ms.Vallejo-Gallegos moves the Court for an order directing the government to preserve the originals of any and all handwritten notes and/or recordings of any interviews with persons who will or may be witnesses at trial taken by any law enforcement officers involved in the investigation of this case, regardless of whether or not those notes and/or recordings form the basis of subsequent typewritten reports.

2. To preserve the originals of any and all handwritten or typed notes and/or recordings made in connection with the investigation resulting in the charges in this case by any law enforcement officers involved in the investigation of this case regardless of whether or not those notes and/or recordings form the basis of subsequent typed reports.

1

3. To preserve the originals of any and all handwritten or typed notes and/or recordings made in connection with the investigation resulting in the charges in this case by any person who will or may be a witness at trial, regardless of whether or not those notes and/or recordings form the basis for subsequent typed reports.

4. The notes and/or tape recordings described above may prove to be exculpatory within the meaning of *Brady v. Maryland, 373 U.S. 83 (1963)* and its progeny, requiring disclosure at a later date. Thus, preservation at this time is essential so the Government will be able to comply with any duty to disclose which arises at a later date.

5. The Government has an obligation to preserve all potentially discoverable evidence gathered in the course of a criminal investigation. *See, United States v. Pollack, 41 F.Supp. 1332 (D. Mass., 1976), citing United States v. Bryant, 493 F.2d 642 (D.C.Cir., 975).* Handwritten notes are encompassed by 18 U.S.C. § 3500 as interpreted by *United States v. Harrison, 524 F.2d 421 (D.C. Cir. 1975); United States v. Harris, 543 F.2d 1247 (3d Cir. 1977).* Accordingly, handwritten notes of interviews with persons who will or may be witnesses and notes made by such persons, are a type of material evidence, which the Government must maintain. *United States v. Pollack, supra; United States v. Harrison, supra; United States v. Johnson, 521 F.2d 1318 (9th Cir. 1976).*

Wherefore, Ms. Kenia Vallejo-Gallo respectfully prays that the Court enter an Order granting this Motion, and granting such further relief as the court deems just and proper.

Respectfully submitted,

s/<u>Richard J. Banta</u>
Richard J. Banta, P.C.
501 S. Cherry Street
 Suite 1100
Denver, CO 80246
303-860-8048
Fax:  303-333-119
E-mail: rjbanta@comcast.net
Attorney for Defendant
Kenia Vallejo-Gallo

CERTIFICATE OF SERVICE

I hereby certify that on October 1st, 2020 I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

- **Kenneth Mark Burton**
  burtonslaw2000@yahoo.com,kmarkburton@yahoo.com
- **Lisabeth Perez Castle**
  Lawdenver@aol.com,paralegallos@gmail.com
- **Cyrus Y. Chung**
  cyrus.chung@usdoj.gov,Kelsey.Totura@usdoj.gov,USACO.ECFCriminal@usdoj.gov,Margaret.bowdouris@usdoj.gov,stephanie.graham@usdoj.gov,CaseView.ECF@usdoj.gov
- **Ryan Stuart Coward**
  ryan@avisolawllc.com,ryan.coward@gmail.com,bre@avisolawllc.com,cory@avisolawllc.com,amy@avisolawllc.com
- **Thomas James Hammond**
  hammondlaw@solucian.com
- **Mark Cameron Johnson**
  mark.johnson68@gmail.com
- **Marci Gilligan LaBranche**
  labranche@sslhlaw.com,hickam@sslhlaw.com,rodriguez@sslhlaw.com
- **Jolie Ann Masterson**
  masterson@mastersonhall.com

3

- **Sean Michael McDermott**
  smcdermott@mswdenver.com,krodriguez@mswdenver.com,kalvarado@mswdenver.com
- **Kevin Michael McGreevy**
  mcgreevy@ridleylaw.com,ashley@ridleylaw.com
- **Peter D. Menges**
  pmenges@mengeslaw.com
- **Jeralyn E. Merritt**
  jeralynm@gmail.com
- **Zachary H. Phillips**
  Zachary.Phillips@usdoj.gov,USACO.ECFCriminal@usdoj.gov,Maggie.Grenvik@usdoj.gov,CaseView.ECF@usdoj.gov
- **Paula M. Ray**
  paulamray@icloud.com
- **R. Scott Reisch**
  scott@reischlawfirm.com,Matthew@reischlawfirm.com,cassandra@reischlawfirm.com,Rob@reischlawfirm.com
- **Derek A. Samuelson**
  derek@samuelsonlaw.com,trudy@samuelsonlaw.com
- **Jason Dale Schall**
  jason@bowsch.com,jasondschall@yahoo.com
- **John Henry Schlie**
  johnhenry@schlielawfirm.com
- **John F. Sullivan , III**
  jfslaw1@aol.com
- **Alaurice Marie Tafoya-Modi**
  alaurice@tafoyalaw.com,alauricetafoya@yahoo.com
- **Joshua N. Tolini**
  joshuatolini@hotmail.com,tolinijosh@yahoo.com
- **Lisa Monet Wayne**
  Lmonet20@me.com
- **Elizabeth Jane Young**
  Elizabeth.young2@usdoj.gov

s/Richard J. Banta
Richard J. Banta