IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal case No. 20-cr-00028-RM

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**KENIA VALLEJO-GALLEGOS, et al,**

Defendants.

_____

**MOTION TO STRIKE SURPLUSAGE FROM THE FIRST SUPERSEDING INDICTMENT**
_____

      Comes now Kenia Vallejo-Gallo pursuant to Rules 7 and 47, Fed. R. Cr. P and respectfully moves the Court for an order granting this motion. In support of such motion, Ms.Vallejo-Gallegos states the following:

1. Rule 7(d) Fed. R. Cr. P. provides that the court may upon motion, "strike surplusage from the indictment…."

2. The First Superseding Indictment here contains ten "a/k/a" designations for the individuals to whom they are associated.

3. The "a/k/a" aliases are not an element of any offense set forth in any Count of the First Superseding Indictment.

4. The use of such aliases has the potential to prejudice all named individuals in the First Superseding Indictment by suggesting participation by the "a/k/a" individuals in a Gang or similar criminal organization.

5. The use of such aliases is unnecessary to support the charges set out in the First Superseding Indictment.

6. The potential for prejudice outweighs any legitimate reason for the inclusion of alias

names in the First Superseding Indictment.

7. The "a/k/a" aliases are irrelevant and prejudicial, and should be stricken from the First Superseding Indictment. *See United States v. Hedgepeth, 434 F.3d 609,612 (3rd Cir. 2006); See also, United States v. Williams, 445 F.3d 724,733 (4th Cir. 2006).*

Wherefore, Defendant prays that the Court enter an Order granting this Motion, and granting such further relief as the Court deems just and proper.

Respectfully submitted,

s/<u>Richard J. Banta</u>
Richard J. Banta, P.C.
501 S. Cherry Street
Suite 1100
Denver, CO 80246
303-860-8048
Fax:  303-333-119
E-mail: rjbanta@comcast.net
Attorney for Defendant
Kenia Vallejo-Gallo

CERTIFICATE OF SERVICE

I hereby certify that on October 1st, 2020 I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

- **Kenneth Mark Burton**
  burtonslaw2000@yahoo.com,kmarkburton@yahoo.com

- **Lisabeth Perez Castle**
  Lawdenver@aol.com,paralegallos@gmail.com

- **Cyrus Y. Chung**
  cyrus.chung@usdoj.gov,Kelsey.Totura@usdoj.gov,USACO.ECFCriminal@usdoj.gov,Margaret.bowdouris@usdoj.gov,stephanie.graham@usdoj.gov,CaseView.ECF@usdoj.gov

- **Ryan Stuart Coward**
  ryan@avisolawllc.com,ryan.coward@gmail.com,bre@avisolawllc.com,cory@avisolawllc.com,amy@avisolawllc.com

- **Thomas James Hammond**
  hammondlaw@solucian.com

- **Mark Cameron Johnson**
  mark.johnson68@gmail.com

- **Marci Gilligan LaBranche**
  labranche@sslhlaw.com,hickam@sslhlaw.com,rodriguez@sslhlaw.com

- **Jolie Ann Masterson**
  masterson@mastersonhall.com

- **Sean Michael McDermott**
  smcdermott@mswdenver.com,krodriguez@mswdenver.com,kalvarado@mswdenver.com

- **Kevin Michael McGreevy**
  mcgreevy@ridleylaw.com,ashley@ridleylaw.com

- **Peter D. Menges**
  pmenges@mengeslaw.com

- **Jeralyn E. Merritt**
  jeralynm@gmail.com

- **Zachary H. Phillips**
  Zachary.Phillips@usdoj.gov,USACO.ECFCriminal@usdoj.gov,Maggie.Grenvik@usdoj.gov,CaseView.ECF@usdoj.gov

- **Paula M. Ray**
  paulamray@icloud.com

- **R. Scott Reisch**
  scott@reischlawfirm.com,Matthew@reischlawfirm.com,cassandra@reischlawfirm.com,Rob@reischlawfirm.com

- **Derek A. Samuelson**
  derek@samuelsonlaw.com,trudy@samuelsonlaw.com

- **Jason Dale Schall**
  jason@bowsch.com,jasondschall@yahoo.com

- **John Henry Schlie**
  johnhenry@schlielawfirm.com

- **John F. Sullivan , III**
  jfslaw1@aol.com

- **Alaurice Marie Tafoya-Modi**
  alaurice@tafoyalaw.com,alauricetafoya@yahoo.com

- **Joshua N. Tolini**
  joshuatolini@hotmail.com,tolinijosh@yahoo.com

- **Lisa Monet Wayne**
  Lmonet20@me.com

- **Elizabeth Jane Young**
  Elizabeth.young2@usdoj.gov

s/<u>Richard J. Banta</u>
Richard J. Banta
