# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

---

Courtroom Deputy:   Cathy Pearson
Court Reporter:   Tammy Hoffschildt (VTC)
Probation:   n/a

Date:   February 16, 2021
Interpreter:   n/a

---

**CASE NO.   20-cr-00028-RM**

Parties

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  KENIA VALLEJO-GALLO,

     Defendant.

Counsel

Cyrus Chung (VTC)

Richard Banta (VTC)

---

## COURTROOM MINUTES

---

**CHANGE OF PLEA – Video Teleconference (VTC)**
**COURT IN SESSION:**       10:02 a.m.
Appearances of counsel.   Defendant is on bond and present by VTC.

Discussion held regarding proceeding with this hearing by VTC.

The Court states findings pursuant to the CARES Act.

Upon questioning by the Court, the defendant states she has no objection to proceeding with this hearing by VTC.

Defendant sworn and answers true name.   Defendant is 23 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the First Superseding Indictment.

Defendant pleads GUILTY to Count 2 of the First Superseding Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

The Court states findings and conclusions, accepts plea of guilty, and defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** The Probation Office **shall** conduct an independent factual investigation in this case.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **June 21, 2021, at 3:00 p.m.**

**ORDERED:** Any information, release, data, or material provided to the Probation Office by the defendant shall be used by the Probation Office only for the preparation of the report and for no other purposes without further order or authorization from the Court.

**ORDERED:** Defendant is continued on bond.

**COURT IN RECESS:**   **10:54 a.m.**
**Total in court time:**   **00:52**
**Hearing concluded**