IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00028-RM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    KENIA VALLEJO-GALLO,

    Defendant.

## UNITED STATES' MOTION TO RESTRICT DOCUMENT

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Cyrus Y. Chung, Assistant United States Attorney, respectfully moves to restrict CM/ECF Document 1260, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.

//

//

//

//

//

//

//

The United States requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 2" restriction would make the document, any order revealing the contents of that document, and the brief filed in support of this motion accessible "to the filing party, the affected defendant(s), the government, and the court."

Dated: November 15, 2022

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  s/ *Cyrus Y. Chung*
        Cyrus Y. Chung
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Fax: (303) 454-0405
        Email: cyrus.chung@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2022, I electronically filed the foregoing UNITED STATES' MOTION TO RESTRICT DOCUMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

      By:   *s/Stephanie Graham*
                Stephanie Graham
                Legal Assistant
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100