OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
SPECIAL MAIL
31 JUL 2023 PM 9 L
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

quadient
FIRST-CLASS MAIL
IMI
$000.63
07/31/2023 ZIP 80294
043M31245131
US POSTAGE

RETURNED

REASON CHECKED
☐ Left No Forwarding Address
☐ Contents Not Authorized
☐ Unknown Address
☒ Unclaimed

Tonatiuh Tacuba-Palacios
#239833

20-cr-28-RM
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 16 2023  #1317
JEFFREY P. COLWELL
CLERK